AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No.  CR-21-138-RAW |
| Devin Warren Sizemore | ) |
| *Defendant* | ) |

/tjm

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**ISSUED 3 BLANK SUBPOENAS**

**YOU ARE COMMANDED** to appear in the United States District Court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES COURTHOUSE FIFTH & OKMULGEE MUSKOGEE, OKLAHOMA  74401 | Courtroom No.: | U.S. COURTHOUSE, Room 506 |
|---|---|---|---|
| | | Date and Time: | 04/05/2022 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 02/16/2022

PATRICK KEANEY, CLERK OF COURT

*Patrick Keaney* (signature)
Patrick Keaney

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* the United States of America , who requests this subpoena, are:

ReBecca Dunnan
Trial Attorney
Organized Crime and Gang Section
520 Denison Avenue
Muskogee, OK 74401
(918) 684-5100 (telephone)
ReBecca.Dunnan@usdoj.gov (e-mail)