# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# NORTHERN DISTRICT OF NEW YORK

Albany Office
39 NORTH PEARL ST.
5TH FLOOR
ALBANY, NY 12207
(518) 436-1850
(518) 436-1780 FAX

Syracuse Office
4 CLINTON SQUARE
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

**Lisa Peebles**
**Federal Public Defender**

RESPOND TO SYRACUSE
OFFICE

February 21, 2022

Honorable Ronald A. White
Chief U.S. District Judge
PO Box 1009
Muskogee, OK 74402

    **United States of America v. Devin Warren Sizemore**
    **Case No. 21-cr-138 (RAW)**

Dear Chief Judge White:

    I am writing pursuant to Federal Rules of Criminal Procedure 12.2(a) and (b) to provide notice to this Court and the government that the defendant intends to assert a defense of insanity and to introduce expert evidence at trial relating to a mental disease or defect, or other mental condition bearing on his guilt and, if convicted, his sentence. Mr. Sizemore has long-standing mental health and cognitive issues. He has a history of severe psychiatric symptoms and was suffering from, among other things, an active psychotic disorder at the time of the charged offenses.

                        Respectfully submitted,

                        */s/*
                        Lisa A. Peebles
                        Federal Public Defender

cc:    Rebecca R. Dunnan, AUSA