## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

Before the Honorable Ronald A. White
United States Courthouse, Courtroom 2, Room 224,
Muskogee, Oklahoma

## ORDER FOR CRIMINAL PRETRIAL CONFERENCE

**IT IS ORDERED:**

That the requested Jury Instructions, Verdict Forms and Trial Briefs, OR Motion for Continuance OR Notice of Intent to Plead, **due by 12:00 NOON on Thursday, March 10, 2022**.

If any **electronic media** will be offered as evidence at trial, a Notice of Submission of Electronic Media containing the description of the media to be filed AND a copy the filed Notice with media **submitted to the Court for an in-camera review by 12:00 NOON on Thursday, March 10, 2022**. **Media not timely submitted will be disallowed.**

### Prior to the criminal pretrial conference:

1. All **discovery** is to be COMPLETED.
2. **Stipulations** are to be prepared, agreed upon and signed by the parties.
3. **Pre-admission of exhibits** are to be discussed and agreed upon.
4. Notices regarding **Expert Witnesses** to be **filed by 12:00 NOON on 3/10/2022**.
5. Counsel shall consult with their client regarding the possibility of a Magistrate Judge handling jury selection. If applicable, **Counsel are directed to provide the Court with a signed Consent form at the PTC.** *(Consent Form is located on the Court's website)*

**All pending Motions will be heard at the Pretrial Conference. Attorneys who will conduct the trial are required to attend the conference unless a substitute attorney is authorized by the Court.** *A specific date for trial will be discussed at the Pretrial Conference.*

## THURSDAY, MARCH 24, 2022

9:00 AM

CR-21-02-RAW                    United States of America v. Dervin Ward Foster

9:15 AM

CR-21-138-RAW                   United States of America v. Devin Warren Sizemore

**Page 2**

---

9:30 AM

CR-21-164-RAW          United States of America v. Johnson Wisdom

---

9:45 AM

CR-21-194-RAW          United States of America v. Paula Amber Chisholm

---

10:00 AM

CR-21-214-RAW          United States of America v. Tyler James Stephens

---

10:15 AM

CR-21-216-RAW          United States of America v. Ashley Dawn Langford

---

10:30 AM

CR-21-275-RAW          United States of America v. Troy Allen Stevenson

---

10:45 AM

CR-21-307-RAW          United States of America v. Dustin Anthony White

---

11:00 AM

CR-21-324-RAW          United States of America v. Stewart Wayne Coffman

---

11:15 AM

CR-21-329-RAW          United States of America v. Joseph Anthony Paxton

---

11:30 AM

CR-21-332-RAW          United States of America v. Kasie Keys

---

11:45 AM

CR-21-376-01-RAW       United States of America v. Dalton Elzie Hunter

CR-21-376-02 – RAW     United States of America v. Terry Wayne Hunter

---

**Page 3**

| 1:00 PM | |
|---|---|
| CR-22-10-RAW | United States of America v. Ashly Mae Murphy aka Ashly Mae Spencer |

| 1:15 PM | |
|---|---|
| CR-22-11-RAW | United States of America v. Derrick Deamon McCurtain |

| 1:30 PM | |
|---|---|
| CR-22-12-RAW | United States of America v. Anthony Brian Walker |

| 1:45 PM | |
|---|---|
| CR-22-15-RAW | United States of America v. Garrett Jeffery Freeman |

| 2:00 PM | |
|---|---|
| CR-22-16-RAW | United States of America v. Jeffery Owen Freeman |

| 2:15 PM | |
|---|---|
| CR-22-20-RAW | United States of America v. Marco Antonio Naranjo-Aguilar |

| 2:30 PM | |
|---|---|
| CR-22-21-RAW | United States of America v. Lazaro Gnevy Gutierrez |

| 2:45 PM | |
|---|---|
| CR-22-22-RAW | United States of America v. Sonya Denise Johnson |

| 3:00 PM | |
|---|---|
| CR-22-23-RAW | United States of America v. Kenneth Victor Gaukel |

DATED this 24th day of February, 2022.

Ronald A. White
United States District Judge
Eastern District of Oklahoma