# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:21-cr-00138-RAW |
| Plaintiff, | |
| vs. | |
| DEVIN WARREN SIZEMORE, | |
| Defendant. | |

## NOTICE OF CONVENTIONAL FILING

Please take notice that the recorded police interview of Defendant Sizemore, in support of Defendant's Motion to Suppress (Dkt. No. 46), is being submitted to the Court and the Government conventionally on USB Flash Drives.

Dated: February 25, 2022         Respectfully submitted,

s/ Lisa A. Peebles
Federal Public Defender
4 Clinton Square, 3rd Floor
Syracuse, New York 13202
(315) 701-0080

## Certificate of Electronic Filing and Service

This is to certify that on this 25th day of February, 2022, I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing, with electronic service to be made via CM/ECF to Rebecca Dunnan, AUSA, and to all counsel of record. To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

*/s/*
Lisa A. Peebles
Federal Public Defender
