IN THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CR- 21-138-RAW |
| ) | |
| DEVIN WARREN SIZEMORE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Before the court is the United States' Unopposed Motion to Extend its Deadline to Respond to Defendant's Motions and to Continue Motion Hearing Date [Doc. No. 64]. The defendant has no objection to the motion. The trial is currently scheduled on the April 5, 2022 Trial Docket and the defendant requests that the court extend the motions deadline until March 14, 2022 and extend the motion hearing to April 6, 2022 to allow the necessary time to respond as the defendant's motions are voluminous and represent novel and complex legal issues.

The court recognizes that the *McGirt* ruling, which has resulted in voluminous caseloads and conflicts for counsel and courts, along with continuing restrictions on travel and meetings due to the COVID-19 pandemic safety protocols has impacted scheduling and investigations and that additional time is needed where there are novel and complex issues involved.

The court finds, however, that moving the motions deadline and motion hearing date would only serve to clutter the schedule further. The time constraints of the April

2022 Trial Docket don't provide the time necessary for responses of parties and rulings or hearing preparation by the court prior to the April Trial Docket. The motion's suggested hearing date is after the Trial Docket date. Further, motions should be disposed of at the pretrial conference, which is currently scheduled for March 24, 2022. Counsel mentioned in the motion that the government intends to file a motion requesting a continuance of the trial date of April 5, 2022 and all attendant deadlines. The court would entertain such a motion based on the reasons offered in the instant motion [Doc. No. 64]. Accordingly, the motion is DENIED.

Dated this 2nd day of March, 2022.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA