IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>DEVIN WARREN SIZEMORE,<br><br>*Defendant.* | Case No. 6:21-cr-138-RAW |

## ORDER

Upon motion of the United States (Dkt. No. 66), pursuant to Title 18, United States Code, Sections 4242(a) and 4247(b); and Federal Rules of Criminal Procedure 12.2(c), Motion is granted and it is HEREBY ORDERED that the defendant Devin Warren Sizemore is forthwith committed for a reasonable period of time, not to exceed forty-five (45) days, to the Federal Correctional Institution for examination by at least one (1) qualified psychiatrist or psychologist in order to determine the existence of insanity at the time of the offenses alleged in the indictment pending against the defendant.

IT IS FURTHER ORDERED that the psychiatrist or psychologist report the results of his examination to the United States District Court for the Eastern District of Oklahoma, Muskogee Division, Attention: Honorable Chief Judge Ronald A. White, at P.O. Box 1009, Muskogee, OK 7442; to Rebecca R. Dunnan, Trial Attorney, attorney for the government, at 1301 New York Avenue, N.W., Washington, D.C. 20005; and to Lisa A. Peebles, Federal Public Defender, attorney for the defendant, at 4 Clinton Square, 3rd Floor, Syracuse, NY 13202. Said report shall contain an opinion as to whether the defendant was,

at the time of the offenses alleged against the defendant, suffering from a mental disease or defect rendering him unable to appreciate the nature and quality or the wrongfulness of the conduct alleged.

Pursuant to the Speedy Trial Act provisions of Title 18, United States Code, Section 3161(h)(1)(A), the time required for trial of the defendant shall be tolled from the date of the instant order until the results of said psychiatric examination are received by the Court, such period being a delay contemplated by Title 18, United States Code, Section 3161(h)(1)(A).

It is SO ORDERED on this 4th day of March, 2022.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA