IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. DEVIN WARREN SIZEMORE, *Defendant.* | Case No.: 6:21-cr-00138-RAW |

### NOTICE OF INTENT TO OFFER EXPERT TESTIMONY

COMES NOW the United States of America, by and through its attorneys, Christopher J. Wilson, United States Attorney for the Eastern District of Oklahoma, and David L. Jaffe, Chief of the Organized Crime and Gang Section of the United States Department of Justice, and Lisa K. Man and Gerald A. A. Collins, Trial Attorneys, Organized Crime and Gang Section, U.S. Department of Justice, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), and hereby gives notice of its intent to offer expert testimony in the trial of the above case under Federal Rules of Evidence 702, 703, and/or 705.

Dr. Scott Orth is a forensic psychologist with the Oklahoma Forensic Center. He will testify about his expertise in forensic psychology. Based on his education, training, and experience, he will testify about the report he produced after conducting an examination of Devin Sizemore. He will explain the methodology he employed, tests utilized as well as his findings and opinions contained in his expert report. His expert report was provided to discovery to the defense (Bates number 1043 to 1051) and is incorporated into this notice by reference.

1

Dated October 11, 2022

                                                  CHRISTOPHER J. WILSON
                                                  United States Attorney

                                                  /s/
                                                Lisa K. Man
                                                MD Bar No. 0706110155
                                                Trial Attorney
                                                United States Department of Justice
                                                Organized Crime and Gang Section
                                                1301 New York Avenue, Suite 700
                                                Washington, D.C. 20005
                                                (202) 412-6584
                                                Lisa.Man@usdoj.gov

                                                /s/
                                                Gerald A. A. Collins
                                                MD Bar No. 0206190053
                                                Trial Attorney
                                                United States Department of Justice
                                                Organized Crime and Gang Section
                                                1301 New York Avenue, Suite 700
                                                Washington, D.C. 20005
                                                (202) 262-6484
                                                Gerald.A.Collins@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on October 11, 2022, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for Filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing for the following ECF registrants:

      Lisa Peebles, Counsel for the Defendant

                                                /s/
                                                Lisa K. Man