# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:21-cr-00138-RAW |
| Plaintiff, | |
| vs. | **MOTION TO ATTEND FUNERAL** |
| DEVIN WARREN SIZEMORE, | |
| Defendant. | |

The defendant, Devin Warren Sizemore, moves for permission to attend his grandmother's funeral. Mr. Sizemore would deeply appreciate the opportunity to pay his last respects to his grandmother, whom he was very close with. He is currently being held in the custody of the United States Marshal and is housed at the Muskogee County Jail. His jury trial is scheduled to commence on February 7, 2023.

Mr. Sizemore's grandmother, Norma Ruth Sam, died Sunday, Dec. 4, at St. John's Hospital in Tulsa. Her funeral is scheduled from 2 to 4 p.m. on Saturday, December 10, at Cedar Indian Baptist Church, 208 N. Main Street, in North Red Oak, Oklahoma, with her burial to follow on the premises.

Mr. Sizemore's father, Mark Sam, agrees to pay the expenses to have the Marshal's Service transport Devin to and from the funeral should the Defendant's motion be granted.

Thank you for your consideration.

Respectfully submitted:                                    December 7, 2022

/s/
Lisa A. Peebles
Federal Public Defender
4 Clinton Square, 3rd Floor
Syracuse, New York 13202
(315) 701-0080

## Certificate of Electronic Filing and Service

This is to certify that on this 7th day of December, 2022, I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing, with electronic service to be made via CM/ECF to Lisa Man, AUSA, and to all counsel of record. To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

/s/

Lisa A. Peebles
Federal Public Defender