OFFICE OF THE FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF NEW YORK

| Syracuse Office | Albany Office |
|---|---|
| 4 Clinton Square | 54 State Street |
| 3RD FLOOR | Albany, NY 12207 |
| SYRACUSE, NY 13202 | (518) 436-1850 |
| (315) 701-0080 | |

March 2, 2023

The Honorable Ronald A. White
Chief Judge
United States District Court
Eastern District of Oklahoma
P.O. Box 1009
Muskogee, OK 74402

**RE: UNITED STATES V. DEVIN SIZEMORE**
     **CASE NO. 6:21-CR-0138 (RAW)**

Dear Chief Judge White,

I am writing to request permission to be absent from the pretrial conference in the above-referenced case scheduled for March 16, 2023. Together with Lisa A. Peebles, I represent Mr. Sizemore in this case.

I cannot attend the pretrial conference in this case because I am required to appear in New York City for oral argument in United States v. Terry Lajeunesse, No. 22-178 (2d Cir.), on March 16, 2023 at 10:00 a.m. eastern standard time. Oral Argument in this case was set on February 2, 2023. Unfortunately, no one else from my office can cover for me.

  Although I will not be able to appear, Ms. Peebles will be present for the pretrial conference.

  Thank you for your attention to this matter.

Respectfully submitted,

*/s/*
James P. Egan
Assistant Federal Public Defender