IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  *Plaintiff,*  v.  **DEVIN WARREN SIZEMORE,**  *Defendant.* | Case No.: 6:21CR-00138-RAW |

**AMENDED NOTICE OF SUBMISSION OF ELECTRONIC MEDIA EXHIBITS**

COMES NOW the plaintiff, the United States of America, by and through Christopher J. Wilson, United States Attorney for the Eastern District of Oklahoma, David L. Jaffe, Chief of the Organized Crime and Gang Section of the United States Department of Justice, and Lisa K. Man and Gerald A. A. Collins, Trial Attorneys, Organized Crime and Gang Section, U.S. Department of Justice of the United States Department of Justice, and hereby provides notice of submission of the following electronic media exhibits to the Court for *in camera* review:

On October 11, 2022, counsel for the government hand-delivered one (1) CD containing the following to the Court:

- Fourteen (14) footage of body cameras:
  - (Sizemore) video 1.mp4
  - (Sizemore) video 2.mp4
  - (Sizemore) video 3.mp4
  - (Sizemore) video 4.mp4
  - (Sizemore) video 5.mp4
  - (Sizemore) video 6.mp4
  - (Sizemore) video 7.mp4
  - (Sizemore) video 8.mp4
  - (Sizemore) video 9.mp4
  - (Sizemore) video 10.mp4
  - (Sizemore) video 11.mp4

- - - o (Sizemore) video 12.mp4
    - o (Sizemore) video 13.mp4
    - o 506 SUTER'S BODY CAM

- Audio of the defendant's statement labeled "devin sizemore."

On March 6, 2023, counsel for the government hand-delivered one (1) thumb drive containing the following to the Court:

- Jail calls

On March 15, 2023, counsel for the government hand-delivered one (1) thumb drive containing the following to the Court:

- Dispatch calls
- Audio Interview of Doris Ayers
- Audio Interview of Ronald Williams

                        Respectfully submitted.
                        CHRISTOPHER J. WILSON
                        United States Attorney

                        */s/ Christopher J. Wilson*
                        Christopher J. Wilson
                        Acting United States Attorney
                        United States Attorney's Office
                        Eastern District of Oklahoma

                        DAVID L. JAFFE
                        Chief, Organized Crime and
                        Gang Section
                        U.S. Department of Justice

By:    */s/ Lisa K. Man*
        Lisa K. Man
        Gerald A. A. Collins
        Trial Attorneys, Organized Crime
        and Gang Section
        U.S. Department of Justice
        1301 New York Avenue, 7th floor
        Washington, D.C. 20005

## CERTIFICATE OF SERVICE

 I hereby certify that on October March 15, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Lisa Peebles, Attorney for Defendant.

           By:  <u>*/s/ Lisa K. Man*</u>
               Lisa K. Man