# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# NORTHERN DISTRICT OF NEW YORK

Albany Office
54 STATE ST.
STE 310
ALBANY, NY 12207
(518) 436-1850
(518) 436-1780 FAX

Syracuse Office
4 CLINTON SQUARE
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

**Lisa Peebles**
**Federal Public Defender**

**RESPOND TO SYRACUSE OFFICE**

March 16, 2023

Honorable Ronald A. White
Chief U.S. District Judge
P.O. Box 1009
Muskogee, OK 74402

**United States of America v. Devin Warren Sizemore**
**Case No. 21-CR-0138 (RAW)**

Dear Chief Judge White:

On February 21, 2022, the defendant in the above-referenced action filed a notice of his intent to assert an insanity defense pursuant to Federal Rules of Criminal Procedure 12.2(a) and (b). Dkt. No. 49. The defendant hereby withdraws that notice.

Respectfully submitted,

*/s/*
Lisa A. Peebles
Federal Public Defender

cc:   Lisa Man