IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:21-cr-00138-RAW |
| Plaintiff, | |
| vs. | **Response to Government's Motion in Limine** |
| DEVIN WARREN SIZEMORE, | |
| Defendant. | |

COMES NOW the Defendant Devin Sizemore, by and through his assigned counsel, and hereby submits this response to the government's motion in limine, Dkt. No. 172, seeking to preclude the testimony of Dr. Matthew Clem or, in the alternative, requesting a *Daubert* hearing before allowing Dr. Clem to testify. Mr. Sizemore hereby gives notice that he is not calling Dr. Clem. Therefore, this Court should deny the government's motion as moot.

Respectfully submitted,

/s/
Lisa A. Peebles
Federal Public Defender – NDNY
4 Clinton Square, 3rd Floor
Syracuse, New York 13202
(315) 701-0080
Lisa_Peebles@fd.org

1

## Certificate of Electronic Filing and Service

This is to certify that on this 22nd day of March, 2023, I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing, with electronic service to be made via CM/ECF to Lisa Man, AUSA, and Gerald Collins, AUSA. To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

*/s/*
Lisa A. Peebles
Federal Public Defender