# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR-21-138-RAW |
| Plaintiff, ) | |
| v. ) | Date: 04/03/2023 |
| ) | |
| DEVIN WARREN SIZEMORE, ) | Total Time: 3 hours and 01 minutes |
| Defendant. ) | |

### MINUTE SHEET - JURY TRIAL

Ronald A. White, Judge    T. Stephens, Deputy Clerk    K. McWhorter, Court Reporter
Courtroom 2 - Room 224

Counsel for Plaintiff:    Lisa Man and Gerald Collins, U.S. Department of Justice;
Joseph Dick, FBI Agent

Counsel for Defendant:    Lisa Peebles and James Egan, Asst. Federal Public Defenders
w/ Defendant

**TIME**    **MINUTES**

1:31 p.m.    Appearances announced. Court addressed pending Motions in Limine (Dkt. Nos. 180, 181, 182). Argument by Counsel. **ORAL FINDINGS** given. Written Order to follow. **(RAW)** Discussion regarding pre-admission of exhibits. Nothing further.

1:47 p.m.    RECESS

1:57 p.m.    JURY IN. Preliminary instructions given to jury by Court.

2:11 p.m.    Rule of Sequestration invoked. (RAW) Opening Statements by Counsel.

2:48 p.m.    Government's evidence begins.
1) Witness:   Jackson Suter

3:45 p.m.    JURY OUT. RECESS

4:05 p.m.    JURY IN. RECONVENE. Government's evidence continues.
1) Witness:   Jackson Suter

5:01 p.m.    Court excused jury and directed them to return on 4/4/2023 by 8:45 am with trial to begin at 9:00 am.   JURY OUT.

5:02 p.m.    Nothing further. RECESS. Jury Trial to continue 4/4/2023 at 9:00 a.m.