# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DEVIN WARREN SIZEMORE,<br><br>    Defendant. | Case No. CR-21-138-RAW |

## ORDER

    This matter came on for trial today, and the court addressed the recently filed motions in limine. As stated at the hearing, the Defendant's ninth motion in limine [Docket No. 180] is moot, and the Defendant's tenth motion in limine [Docket No. 181] is denied. The Government's cross motion in limine [Docket No. 182] is granted in part and denied in part as to exhibits 1—9. The Defendant may use three of the exhibits listed as 1—9. The motion is granted as to exhibits 13, 14, 15, 26, and 28. The motion is denied as to exhibits 16-24 and 27.

    **IT IS SO ORDERED** this 3rd day of April, 2023.

    */s/ Ronald A. White*
_____
**THE HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**