# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.:   CR-21-138-RAW |
| Plaintiff, ) | |
| v. ) | Date:   04/04/2023 |
| ) | |
| DEVIN WARREN SIZEMORE, ) | Total Time:   5 hours and 56 minutes |
| Defendant. ) | |

### MINUTE SHEET - JURY TRIAL

Ronald A. White, Judge    T. Stephens, Deputy Clerk    K. McWhorter, Court Reporter
Courtroom 2 - Room 224

Counsel for Plaintiff:    Lisa Man and Gerald Collins, U.S. Department of Justice;
Joseph Dick, FBI Agent

Counsel for Defendant:    Lisa Peebles and James Egan, Asst. Federal Public Defenders
w/ Defendant

| **TIME** | **MINUTES** |
|---|---|
| 8:55 a.m. | JURY IN. RECONVENE. Government's evidence continues.<br>1)  Witness:   Jackson Suter |
| 10:15 a.m. | JURY OUT. RECESS |
| 10:39 a.m. | RECONVENE. JURY IN. Government's evidence continues.<br>2)  Witness:   Officer Mike House |
| 11:58 a.m. | JURY OUT. RECESS |
| 1:20 p.m. | RECONVENE. JURY IN. Government's evidence continues.<br>3)  Witness:   Jack Mouser |
| 1:58 p.m. | 4)  Witness:   Blane Mouser |
| 2:29 p.m. | 5)  Witness:   Officer Richard Bedford |
| 3:04 p.m. | JURY OUT. Discussion regarding Government's expert Dr. Browning. |
| 3:15 p.m. | RECESS |
| 3:32 p.m. | RECONVENE. JURY IN. Government's evidence continues.<br>5)  Witness:   Officer Richard Bedford |
| 4:07 p.m. | 6)  Witness:   Deputy Cody Vaughn |

4:51 p.m.	Court excused jury and directed them to return on 4/5/2023 by 8:45 am with trial to begin at 9:00 am.   JURY OUT. Discussion regarding case. Nothing further.

4:54 p.m.	RECESS. Jury Trial to continue 4/5/2023 at 9:00 a.m.