**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA**

FILED
APR 06 2023
BONNIE HACKLER
Clerk, U.S. District Court
By__________
Deputy Clerk

**UNITED STATES OF AMERICA,**

***Plaintiff,***

**v.**

**DEVIN WARREN SIZEMORE,**

***Defendant.***

**Case No. 6:21CR-00138-RAW**

**TRIAL STIPULATIONS**

The United States of America, by and through Christopher J. Wilson, United States Attorney for the Eastern District of Oklahoma, David L. Jaffe, Chief of the Organized Crime and Gang Section of the United States Department of Justice, and Lisa K. Man and Gerald A. A. Collins, Trial Attorneys, Organized Crime and Gang Section, U.S. Department of Justice of the United States Department of Justice, and defendant Devin Warren Sizemore, by and through his attorney Lisa Peebles, stipulate as follows:

1. The Defendant, Devin Warren Sizemore, for purposes of the United States' jurisdiction, is an Indian, has some degree of Indian blood, and is a member of a federally recognized Indian tribe.
2. The location of the crime alleged in the Indictment is within the Eastern District of Oklahoma, within the boundaries of the Choctaw Nation Reservation, and within the United States' Indian Country jurisdiction.

Dated this 6 day of April 2023.

DEVIN WARREN SIZEMORE
Defendant

LISA K. MAN
Trial Attorney

LISA PEEBLES
Attorney for the Defendant