IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CASE NO. CR-21-138-RAW |
| ) | |
| DEVIN WARREN SIZEMORE, ) | |
| ) | |
| DEFENDANT. ) | |

## JURY NOTES - REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

Re:   USA v. Devin Warren Sizemore                                          CR-21-138-RAW

**Note from the Jury**

YOUR HONOR:

On Count Five, what does "Serious Bodily Injury" entail?

Date: 4-7-23
Time: 1:14                                        Signature of Foreperson

**Response from the Court**

TO THE JURY:   This term is specifically defined in the jury instructions.

Date: 4/7/23
Time: 1:27 PM                                     Ronald A. White
                                                  United States District Judge



EXHIBIT
Court Ex 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

Re:   USA v. Devin Warren Sizemore                             CR-21-138-RAW

### Note from the Jury

YOUR HONOR:

Fix Laptop - Need Password

Date: _____
Time: _____                Signature of Foreperson

### Response from the Court

TO THE JURY:

OK !

Date: 4-7-23
Time: 2:25 pm                                United States District Judge


EXHIBIT Court ex 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

Re:   USA v. Devin Warren Sizemore                              CR-21-138-RAW

**Note from the Jury**

YOUR HONOR:

THE NOTE IS READY.

Date: 4-7-23
Time: 3:51                         Signature of Foreperson

**Response from the Court**

TO THE JURY:

Date: _____
Time: _____                 United States District Judge



EXHIBIT
Court
Ex 3