IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

**FILED**
APR 07 2023
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVIN WARREN SIZEMORE,<br><br>Defendant. | Case No. CR-21-138-RAW |

## SPECIAL VERDICT FORM

We, the jury, duly empaneled in the above-entitled case, hereby unanimously find the following:

**Count One:**   With respect to the charge in Count One of the Indictment for **First Degree Murder of Emily Sizemore in Indian Country**, we find the Defendant, Devin Warren Sizemore:

(*Check only one.*)          **NOT GUILTY**                    **GUILTY**
                                    ✓
                              _____                      _____

If you have unanimously found the Defendant **not guilty** of Count One, or if after reasonable efforts you are unable to agree on a verdict as to Count One, then proceed to the next question.

If, however, you have unanimously found the Defendant **guilty** of Count One, then skip Counts Two and Three and proceed to Count Four on page 3.

**Count Two:** With respect to the charge in Count Two of the Indictment for **Second Degree Murder of Emily Sizemore in Indian Country**, we find the Defendant, Devin Warren Sizemore:

(*Check only one.*)      **NOT GUILTY**          **GUILTY**

_____✓_____     _____

*If you have unanimously found the Defendant **not guilty** of Count Two, or if after reasonable efforts you are unable to agree on a verdict as to Count Two, then proceed to the next question.*

*If, however, you have unanimously found the Defendant **guilty** of Count Two, then skip Count Three and proceed to Count Four on page 3.*

**Count Three:** With respect to the charge in Count Three of the Indictment for **Voluntary Manslaughter of Emily Sizemore in Indian Country**, we find the Defendant, Devin Warren Sizemore:

(*Check only one.*)      **NOT GUILTY**          **GUILTY**

_____      _____✓_____

Special Verdict Form – page 2

**Count Four:** With respect to the charge in Count Four of the Indictment for **Child Abuse of Emily Sizemore in Indian Country**, we find the Defendant, Devin Warren Sizemore:

(*Check only one.*)   NOT GUILTY   GUILTY ✓

**Count Five:** With respect to the charge in Count Five of the Indictment for **Assault Resulting in Serious Bodily Injury of Jack Suter in Indian Country**, we find the Defendant, Devin Warren Sizemore:

(*Check only one.*)   NOT GUILTY ✓   GUILTY

DATED this 7 day of April, 2023.

_____
Foreperson Signature

_____
Foreperson Printed Name

Special Verdict Form – page 3