IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. DEVIN WARREN SIZEMORE *Defendant.* | Case No. 21-CR-138 RAW |

### MOTION TO WITHDRAW AS COUNSEL FOR THE UNITED STATES

COMES NOW, the United States of America, by and through Christopher J. Wilson, United States Attorney for the Eastern District of Oklahoma, and moves to allow Trial Attorney Lisa K. Man to withdraw as counsel in the above-referenced case as she is no longer employed with the Criminal Division of the U.S. Department of Justice. Trial Attorney Gerald Collins has previously entered an appearance in this matter and will represent the United States in any further proceedings before this honorable Court.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/ Gerald A.A. Collins
Trial Attorney
Organized Crime & Gang Section
Criminal Division
U.S. Department of Justice
1301 New York Ave., N.W.
Washington, D.C. 20005
Office (202) 514-3594
Fax (202) 514-3601

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 31, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

  Lisa Peebles, Counsel for Defendant
  James Egan, Counsel for Defendant

                                        s/Gerald A. A. Collins
                                        Trial Attorney