# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVIN WARREN SIZEMORE,<br><br>Defendant. | Case No. CR-21-138-RAW |

## ORDER AND JUDGMENT OF ACQUITTAL

Following a jury trial, the Defendant was found NOT GUILTY as to Counts One, Two, and Five of the Indictment. Accordingly, IT IS ORDERED that the Defendant is acquitted as to Counts One, Two, and Five of the Indictment, and they are hereby dismissed with prejudice.

**IT IS SO ORDERED** this 25th day of January, 2024.

_____
**THE HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**